IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | PO 25-5142-M-KLD |
|---|---|
| Plaintiff, | VIOLATION: FBMF006M |
| vs. | Location Code: M2 |
| RICKY D. STANTON, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $35 total fine and $30 processing fee for the violations F0EF000L and F0EF000N (for a total of $65), and for good cause shown, **IT IS ORDERED** that the $65 total to be paid by the defendant is accepted as a full adjudication of violation FBMF006M.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 16th day of December 2025.

Kathleen L. DeSoto
United States Magistrate Judge